UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATURE'S BENEFIT, INC., | Civ. No. 06-4836 |
| Plaintiff, | |
| v. | |
| NFI and LARRY CHRISCOE, | |
| Defendants. | |

It is on this   12th   day of June, 2007,

ORDERED that the entitled action is reassigned from

JUDGE JOSE L. LINARES to JUDGE GARRETT E. BROWN, JR.

s/Garrett E. Brown, Jr.
**HONORABLE GARRETT E. BROWN, JR.
CHIEF UNITED STATES DISTRICT JUDGE**